IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 2:22-cr-00213 KJM |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | **APPOINTING COUNSEL** |
| | ) | |
| CHI MO, | ) | |
| | ) | |
| Defendant. | ) | |

The court has received a financial affidavit and determined the appointment of counsel is appropriate. The defendant made an initial appearance in the District of New Jersey, and will soon appear in this court. Betty Williams is hereby appointed effective November 9, 2022, the date she was first contacted about the case.

DATED: November 23, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE