Kresta Nora Daly, SBN 199689
BARTH DALY LLP
PO Box F
Winters, CA 95696
Office: (916) 524-6762
Email: kdaly@barth-daly.com

Attorneys for Defendant
CHI MO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:22-CR-00213-DC |
|---|---|
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER |
| v. | |
| CHI MO, | |
| Defendant. | |

The parties hereby stipulate as follows:

1. In response to a stipulation, on July 3, 2025 Magistrate Judge Carolyn K. Delaney ordered certain modifications of Mr. Mo's pre-trial release conditions. ECF 476. Judge Delaney ordered a subsequent stipulation and proposed order filed when Mr. Mo's travel plans were finalized.

2. Mr. Mo plans to travel to China from November 1 through November 14, 2025.

3. Since the filing of the first request to modify release conditions, Mr. Mo learned that travel through China is easier if he is allowed to travel with his new and old passport on him. His old passport contains prior visas to travel to China. Mr. Mo was informed by family members that Chinese customs

1 are less likely to delay/detain him at the border if he can prove he has
2 previously granted admission to China.  Mr. Mo therefore requests to keep
3 his old passport until he returns from China.

Dated:  September 16, 2025

By   s/ Veronica Alegria
Veronica Alegria
Assistant United States Attorney

Dated:  September 16, 2025

By   s/ Kresta Daly
KRESTA NORA DALY
BETTY WILLIAMS
Attorney for Chi Mo

Good Cause Appearing:

1. Mr. Mo's release conditions are modified to allow Mr. Mo to travel to China in from November 1 through 14, 2025.
2. Mr. Mo may retain his old passport for the purposes of traveling to China.
3. Once Mr. Mo returns from China, within two business days, he will mail his new and old passports to the defense counsel to be surrendered to the Clerk's Office.

September 16, 2025

_____
Honorable Jeremy D. Peterson
United States District Court Magistrate